## SMITH ET AL. *v.* REISTER.

[No. 18,078.  Filed January 7, 1897.]

APPEAL.—*Motion to Dismiss.*—The ruling on a motion to dismiss, to be available on appeal, must be made part of the record by bill of exceptions or order of court.

From the Posey Circuit Court. *Affirmed.*

*E. M. Spencer,* for appellants.

*William Reister,* for appellee.

HOWARD, J.—The appellee made application at the March term, 1896, of the board of commissioners of Posey county for license to sell intoxicating liquors. The appellants filed a remonstrance against the granting of the license, and the license was refused. On appeal to the circuit court a motion to dismiss the remonstrance was sustained, and this ruling is the only error complained of.  The motion to dismiss, however, is not made a part of the record by bill of exceptions or order of court, and cannot therefore be considered.  *Crumley* v. *Hickman,* 92 Ind. 388; *Yost* v. *Conroy,* 92 Ind. 464, 47 Am. Rep. 156; *Washington Ice Co.* v. *Lay,* 103 Ind. 48; *Board, etc.,* v. *Montgomery,* 109 Ind. 69.

Judgment affirmed.